UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| AMANDA LABRIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-04093-NKL |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff Amanda M. Labrier, hereby certifies that on the 18th day of December, 2015, he served plaintiff's **NOTICE OF TAKING DEPOSITIONS OF STATE FARM EMPLOYEES IDENTIFIED BY GENERAL DESCRIPTION** and **NOTICE OF TAKING DEPOSITIONS *DUCES TECUM* OF XACTWARE SOLUTIONS, INC. EMPLOYEE(S) IDENTIFIED BY GENERAL DESCRIPTION**, via e-mail, with an additional copy served via U.S. Mail, to all counsel for Defendant, addressed to the following:

Joseph A. Cancila, Jr.
Heidi Dalenberg
6600 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
jcancila@schiffhardin.com
hdalenberg@schiffhardin.com

Daniel E. Wilke
Wilke & Wilke PC
2708 Olive Street
St. Louis, MO 63103
dwilke@wilkewilke.net

LARSON • KING, LLP

By: /s/ T. Joseph Snodgrass
    T. Joseph Snodgrass (admitted *pro hac*)
    LARSON • KING, LLP
    30 East Seventh St., Suite 2800
    St. Paul, MN 55101
    Tel: (651) 312-6500
    Fax: (651) 312-6618
    jsnodgrass@larsonking.com

David T. Butsch #37539
Christopher E. Roberts #61895
BUTSCH ROBERTS & ASSOCIATES LLC
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
butsch@ButschRoberts.com
roberts@ButschRoberts.com

Joe D. Jacobson #33715
JACOBSON PRESS & FIELDS, P.C.
168 North Meramec Ave., Suite 150
St. Louis, Missouri 63105
Tel: (314) 899-9789
Fax: (314) 899-0282
jacobson@archcitylawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF FILING AND SERVICE

I, T. Joseph Snodgrass, one of the attorneys in the above-caption matter for plaintiff Amanda M. Labrier, hereby certifies that on the 18th day of December, 2105, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Western District of Missouri, Central Division, using the CM/ECF filing system which sent notification of such filing to the following counsel for defendant via electronic mail to:

jcancila@schiffhardin.com
hdalenberg@schiffhardin.com
dwilke@wilkewilke.net

LARSON • KING, LLP

By: /s/ T. Joseph Snodgrass
    T. Joseph Snodgrass (admitted *pro hac*)
    30 East Seventh St., Suite 2800
    St. Paul, MN 55101
    Tel: (651) 312-6500
    Fax: (651) 312-6618
    Jsnodgrass@larsonking.com

    David T. Butsch #37539
    Christopher E. Roberts #61895
    BUTSCH ROBERTS & ASSOCIATES LLC
    231 South Bemiston Ave., Suite 260
    Clayton, MO 63105
    Tel: (314) 863-5700
    Fax: (314) 863-5711
    butsch@ButschRoberts.com
    roberts@ButschRoberts.com

    Joe D. Jacobson #33715
    JACOBSON PRESS & FIELDS, P.C.
    168 North Meramec Ave., Suite 150
    St. Louis, Missouri 63105
    Tel: (314) 899-9789
    Fax: (314) 899-0282
    jacobson@archcitylawyers.com

    *Attorneys for Plaintiff*

1485421v3