UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| AMANDA M. LABRIER, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) No. 2:15-cv-04093-NKL ) ) |
| vs. | ) ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

## AMENDMENT TO ORDER APPOINTING SPECIAL MASTER

Having provided the parties with notice and an opportunity to be heard pursuant to Fed. R. Civ. P. 53(b)(4), Doc. 178, the Court amends the Order appointing Leland M. Shurin to serve as Special Master, Doc. 98, to include the following additional authority:

The Special Master shall be authorized to require the parties to appear at one or more mediation sessions as the Special Master determines are appropriate and helpful, at such times and places as the Special Master directs.

The Special Master shall further be authorized to require the parties to attend the mediation sessions with persons who have settlement authority.

SO ORDERED.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: May 19, 2016
Jefferson City, Missouri