# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| AMANDA LABRIER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 15-04093-NKL |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant State Farm Fire and Casualty Company, with permission from the United States Court of Appeals for the Eighth Circuit, hereby appeals to the Eighth Circuit from the Order entered in this case on July 25, 2016 (Dkt. 238) granting Plaintiff's Motion for Class Certification (Dkt. 123).

Dated: September 12, 2016

RILEY SAFER HOLMES & CANCILA LLP

By: /s/ *Heidi Dalenberg*

Joseph A. Cancila, Jr. (IL 6193252)
Heidi Dalenberg (IL 6021041)
Ryan P. Poscablo (NY 4086351)
Jacob L. Kahn (IL 6296867)
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel. (312) 471-8700
Fax. (312) 471-8701
Admitted *pro hac vice*
jcancila@rshc-law.com
hdalenberg@rshc-law.com
rposcablo@rshc-law.com
jkahn@rshc-law.com

*and*

Daniel E. Wilke (24464)
Wilke & Wilke PC
2708 Olive Street
St. Louis MO 63103
Tel. 314-371-0800
Fax 314-371-0900
dwilke@wilkewilke.net

*Attorneys for Defendant State Farm
Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, I caused the foregoing document to be filed via the Court's CM/ECF system, which will cause an electronic copy of the same to be served on all counsel of record by email.

By: /s/ *Heidi Dalenberg*
Heidi Dalenberg