No: 16-3185

In re: State Farm Fire and Casualty Company

Petitioner

------------------------------

Amanda LaBrier

Respondent
------------------------------

Chamber of Commerce of the United States and Lawyers for Civil Justice

Amici on Behalf of Petitioner


No: 16-3562

Amanda LaBrier

Appellee

v.

State Farm Fire and Casualty Company

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:15-cv-04093-NKL)
_____

**ORDER**

In accordance with this court's order of August 9, 2016 in 16-3185, the petition for writ of mandamus (16-3185) and the appeal from the grant of class certification (16-3562) are hereby consolidated.

The Parties shall conform to the following briefing schedule in the consolidated appeals:

    Simultaneous opening briefs are due on or before December 1, 2016.
    Simultaneous responsive briefs are due on or before December 15, 2016.

Oral argument shall be scheduled during the week of January 9-13, 2017, in St. Louis, Missouri. Counsel shall be notified of exact date and time at a later date.

September 09, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans