# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-8013

Amanda LaBrier

Respondent

v.

State Farm Fire and Casualty Company

Petitioner

------------------------------

Liberty Mutual Fire Insurance Company, et al.

Amici on Behalf of Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:15-cv-04093-NKL)
_____

**ORDER**

The petition for permission to appeal the district court's order granting class certification under Rule 23(f) of the Federal Rules of Civil Procedure has been considered and is granted. The case has been assigned appeal number 16-3562 on the regular docket sheet.

September 09, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans